S. JACOBS AND ANOTHER v. S. SPOFFORD AND OTHERS.

The courts of this State will admit a promissory note in evidence, although no revenue stamp has been placed upon it—leaving it to the United States to collect her own revenues, without assuming to regulate the law of evidence in the different States.

ERROR from Colorado.    Tried below before the Hon. L. Lindsay.

For the facts of the case see the opinion.

*Darden & Delaney*, for the appellant.

*R. V. Cook,* for the appellees.

WALKER, J.—The error assigned in this case is that the note sued on was stamped with proprietary stamps; and it is said it might as well have been stamped with postage stamps; we say it might as well not have been stamped at all.

The maker of the note showed a disposition to avoid any fraud against the United States.

We are not told what kind of proprietary stamps were used; but we are left to infer that they are those usually placed on lucifer match and cigar boxes; this was probably a wrong use of the stamps. The courts of this State will admit a promissory note in evidence, if not stamped at all. The United States must collect her revenue, without assuming to regulate the law of evidence in the different States.

We are of opinion that delay is properly suggested.

The judgment is affirmed.

Affirmed.